IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 24 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Sean Christopher George
(Print your full name)

Plaintiff *pro se*,

v.

Atlanta Independent School System (AKA Atlanta Public Schools), Gail Johnson, Dominique Merriweather, Dr. Ashley Rose, & Isis Manboard.

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

1:20-CV-4789

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

       Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓    Other (describe) _Title VII of the Civil Rights Act of 1964, as amended_

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.    Print your full name and mailing address below:

   Name     Sean Christopher George

   Address  274 Ryans Pt.

            Dallas, Ga. 30132

4. Defendant(s).    Print below the name and address of each defendant listed on page 1 of this form:

   Name     Atlanta Independent School System (AKA Atlanta Public Schools)
   Address  130 Trinity Ave SW  Atlanta/Fulton County
            Atlanta, GA 30303  (404) 802-3500

   Name     Gail Johnson
   Address  2875 Northside Dr. NW #2807
            Atlanta/Fulton, GA 30305

   Name     Dominique Merriweather
   Address  2875 Northside Dr. NW #2807
            Atlanta/Fulton, GA 30305

## Location and Time

5. If the alleged discriminatory conduct occurred at a location **different** from the address provided for defendant(s), state where that discrimination occurred:

   Sutton Middle School
   2875 Northside Dr. NW #2807
   Atlanta, Ga. 30305

Defendant(s) - continued

Isis Manboard (Program Director)
130 Trinity Ave. SW
Atlanta, Ga. 30303


Ashley M. Rose   (~~Principal~~)
7250 Hall Road
Fairburn, Ga. 30213

6. When did the alleged discrimination occur? (State date or time period)

From August 2018 - June 2019

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

   If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

   ✓ Yes   ___ No

   If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:
   _____

9. If you are suing for **age discrimination**, check one of the following:

   _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

   _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_ Yes          \_\_\_\_ No          \_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_ Yes          \_\_\_\_ No          \_✓\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me
    \_\_\_\_ failure to promote me
    \_\_\_\_ demotion
    \_\_\_\_ reduction in my wages
    \_\_\_\_ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    \_\_\_\_ termination of my employment
    \_\_\_\_ failure to accommodate my disability
    \_\_\_\_ other (please specify) _____

    _____

13. I believe that I was discriminated against because of (check only those that apply):

    \_\_\_\_ my race or color, which is _____
    \_\_\_\_ my religion, which is _____
    \_\_\_\_ my sex (gender), which is    \_\_\_\_ male    \_\_\_\_ female
    \_\_\_\_ my national origin, which is _____
    \_\_\_\_ my age (my date of birth is _____)
    ✓ my disability or perceived disability, which is:

    I stutter

    \_\_\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_ other (please specify) _____

    _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

See attached sheet

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

\#14

Complaint Of Discrimination, harassment, & retaliation

I, Sean George, allege that I was discriminated against, harassed and treated unfairly by the Atlanta Independent School System (AKA Atlanta Public Schools); my former principal, Gail Johnson; my former assistant principal, Dominique Merriweather; my former assistant principal Dr. Ashley Rose; and my former Program Director, Isis Manboard based on my disability, I stutter; and in retaliation for stating that I feel targeted because of my disability, in an email, on September 30, 2018, as follows:

1. On September 30, 2018, I sent an email to my principal, Gail Johnson, complaining about an evaluation conducted by Dominique Merriweather and stating that I feel that I am being targeted because of my disability, I stutter.
2. During the first week of October, during the meeting Gail Johnson scheduled to respond to my September 30th email, Gail Johnson and Dominique Merriweather were both extremely upset at the fact that I wrote, in the email, that I feel that I am being targeted because of my disability. They began to harass me, and Ms. Johnson stated that I should never write that I feel that I am being targeted because of my disability unless I have proof.
3. From September 30th, 2018 until the end of January, 2019, Gail Johnson and Dominique Merriweather refused to honor my repeated requests to allow me to meet with Dominique Merriweather and the ELA coach, Ms. Tatum, together, to clarify inconsistent messages. Whenever I asked, Gail Johnson and Dominique Merriweather would refuse.
4. Throughout the entire year, Gail Johnson and Dominique Merriweather would write false evaluations and then taunt me, verbally and by email, by saying that, according to Bord policy, I cannot grieve evaluations. One example is an email written to me by Gail Johnson on January 29.
5. On November 26, 2018, Dominique Merriweather and April Rose repeatedly denied my request to go to the hospital, despite my extreme and repeated coughing that could be heard all the way down the hall (My coughing was soo bad that the school counselor left her office and brought me a bottle of water. I finally had to just say that I am leaving, and I went to the hospital (This was before the school day began).
6. On November 29, Gail Johnson and Dominique Merriweather used false evaluations and placed me on a Professional Development Plan to create a false paper trail, to prevent me from being re-hired at the end of the school year
7. On January 11, Dominique Merriweather did not show up for another progress monitoring meeting and he lied about it
8. On January 22, 2019 I was denied a feedback only evaluation that was promised to the entire 7th grade teaching team because Gail Johnson, intentionally, entered my room, before the Assistant Principals and coaches arrived and prevented the feedback only evaluation from happening.
9. Also, on January 22, during the time I was supposed to receive a feedback only evaluation, Gail Johnson decided to conduct an actual evaluation and she lied about the results
10. During a meeting on February 5, 2019, with Gail Johnson and Dominique Merriweather, Gail Johnson insulted me and made discriminatory remarks against me by disability by telling me that I did not have the capacity to understand

#14 continued

11. On March 4, 2019, Dominique Merriweather lied and submitted another false evaluation. This was based on an evaluation he conducted on March 1, 2019. I gave a benchmark test on March 1st.
12. On March 4, I had to go to the hospital for chest pains because of the repeated harassing, discrimination, and unfair treatment by Gail Johnson, Dominique Merriweather, and April Rose. As a result of this constant treatment, I was admitted to the hospital on March 4 and could not return until March 11.
13. On March 12, 2019, during a Professional Development Plan update, Dominique Merriweather repeatedly lied about the March 1st evaluation.
14. On April 12, Isis Manboard, Gail Johnson, and Dominique Merriweather repeatedly harassed and badgered me for stating that I was not informed about the 11:00am to 12:00 meeting on April 12th and the fact that I repeatedly asked for proof that an evite was sent to me.
15. Also, during the meeting on April 12, Isis Manboard lied about an evaluation and she stated that student would not laugh at a teacher who was stuttering.
16. Also, during the April 12th meeting, Dominique Merriweather created a false evite and tried to pass it off as proof that an evite was sent to me about the meeting. However, he would not show me when it was sent
17. Also, on April 12, Isis Manboard repeatedly yelled at me and refused to allow a rescheduling of the meeting
18. Also on April 12, I had to leave the meeting because I was being, repeatedly, harassed and insulted by Isis Manboard, Gail Johnson, and Dominique Merriweather.
19. After I left the meeting on April 12, I discovered that Dominique Merriweather created the fake evite during the meeting. It was dated for 11:28am, which was during our 11:00am meeting
20. On April 30, Dominique Merriweather did not show up for another progress monitoring meeting.
21. On May 29, I went into the office to speak to Ms. Middlebrooks to make sure that I had completed everything and fully understand about closing out the year. Dominique Merriweather saw me come into the office and rushed to Gail Johnson's office. Gail Johnson stormed out of her office and rushed into Ms. Middlebrooks office and retaliated against me by refusing to allow me to close out the year properly. She told me that I had to leave, now. She would not let me clarify to make sure everything was done properly.

Declaration

I, the undersigned, declare under penalty of perjury that the foregoing statements made in the above are true and correct to the best of my knowledge, information, and belief.

(sign) _____    Date _____

Name  Sean Christopher George

15. Plaintiff  ____  still works for defendant(s)
              ✓    no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?  ____ Yes  ____ No

    If you checked "Yes," please explain: _____

    _____

    _____

    _____

    _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?  ✓ Yes  ____ No

**Request for Relief** • See attached sheet

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

____  Defendant(s) be directed to _____

      _____

____  Money damages (list amounts) _____

      _____

____  Costs and fees involved in litigating this case

____  Such other relief as my be appropriate

Page 8 of 9



Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

1) Defendant(s) be directed to:
    a) Remove all negative evaluations from school, city, and state records
    b) Remove the policy that does not allow teachers to grieve evaluations
    c) Distribute a revised formal, written anti-discriminatory policy to all employees
    d) Provide an annual disability discrimination training to staff at APS headquarters, principals, asst. principals, teachers, etc.
    e) Post a notice to teachers about the lawsuit and provide periodic reporting to the EEOC about disability discrimination reports
2) Money damages (list amounts):
    a) $130,000 (lost wages for the school years 2019 – 2020 & 2020 – 2021; $65,000 x 2)
    b) $   5,880 (no insurance resulted in $245 for each doctor's visit, 24 visits)
    c) $   5,000 (no insurance for medicine for 2 years)
    d) $   1,400 (cost of a colonoscopy)
    e) $ 300,000 (Punitive damages for stress, pain, suffering, etc.)

    Total   $ 442,280

3) Costs and fees involved in litigating this case
4) Such other relief as may be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _____ day of _____, 20_____

_*Christopher B*_
(Signature of plaintiff *pro se*)

Sean Christopher George
(Printed name of plaintiff *pro se*)

274 Ryans Pt.
(street address)

Dallas, Ga. 30132
(City, State, and zip code)

Sean.george1@yahoo.com
(email address)

(617) 828-5637
(telephone number)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2019-05662 and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Sean George | (617) 828-5637 | 1968 |

| Street Address | City, State and ZIP Code |
|---|---|
| 274 Ryans Point, Dallas, GA 30132 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ATLANTA PUBLIC SCHOOLS | 500 or More | (404) 802-3500 |

| Street Address | City, State and ZIP Code |
|---|---|
| 130 Trinity Ave, Atlanta, GA 30303 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-30-2018   Latest: 06-05-2019
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer as a Teacher, and I am a person with a disability. Soon after my hire, I began to experience different terms and conditions of my employment. On September 30, 2018, I informed Sutton Middle School Principal, Gail Johnson, that I was being targeted due to my disability. Johnson later denied knowing of my disability, and dismissed my discrimination claims. I was denied several meetings with the Assistant Principal and Instructional Coach to clarify their expectations of instructional practices, and IB methods. On November 28, 2018, I was placed on a Professional Development Plan (PDP). In March 2019, I filed multiple discrimination grievances with no resolution. Also, I requested the two-week IB training to no avail. On May 6, 2019, I was notified I will be discharged on June 30, 2019.

The PDP stated, I did not consistently follow research based instructional strategies, did not provide students with an environment that is well-managed, safe, and orderly for learning. I was informed by letter that my contract will not be renewed for the upcoming 2019-2020 academic year.

I believe that I have been discriminated and retaliated against because of my disability, in violation of Title I of the Americans with Disability Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT JUN 05 2019 |
| Jun 05, 2019 — Date / Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) EEOC-ATDO |

RECEIVED

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sean George<br>274 Ryans Point<br>Dallas, GA 30132 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2019-05662 | Robyn Conley,<br>Investigator | (404) 562-6856 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Darrell E. Graham,
District Director

AUG 27 2020
*(Date Mailed)*

Enclosures(s)

cc: Marquetta J. Bryan
Attorney
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, NW, Suite 1700
Atlanta, GA 30363