UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SEAN CHRISTOPHER GEORGE,<br>          Plaintiff,<br><br>vs.<br><br>ATLANTA INDEPENDENT SCHOOL SYSTEM, et al.,<br>          Defendants. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-04789-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation, and the court having adopted the Recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for failure to timely serve Defendants, pursuant to Rule 4(m).

Dated at Atlanta, Georgia, this 16th day of May, 2022.

                                              KEVIN P. WEIMER
                                              CLERK OF COURT

                                        By:  s/ T. Schoolcraft
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 16, 2022
Kevin P. Weimer
Clerk of Court

By:  s/ T. Schoolcraft
      Deputy Clerk